**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:05-cr-0100-RLH-LRL |
| Plaintiff, ) | 2:06-cr-0002-RCJ-GWF |
| ) | |
| vs. ) | (Motion for Recommendation–#313) |
| ) | |
| NELSON OSEMWENGIE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court having considered Defendant Nelson Osemwengie's **Motion for Judicial Recommendation for Placement at the Federal Correctional Institution in Terminal Island** (#313, filed July 6, 2010), and for good cause appearing, hereby grants the motion and RECOM-MENDS to the Bureau of Prisons that Defendant Nelson Osemwengie be permitted to serve his sentence at the FCI Terminal Island facility in California.

Dated: July 12, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**